**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In Re: | : |
| | : |
| TERESA C. JOHNSON | : |
|     Debtor     : | |
| | : |
| | Case No.17-10342 MDC |

**NOTICE OF CONTINUED CREDITORS MEETING**
**HEARING DATE**

DEBTOR HAS FILED THIS NOTICE OF CREDITOR MEETING DATE.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

THE CREDITOR'S (341) MEETING IS RE-SCHEDULED FOR **APRIL 12, 2017 at 11:30 AM** in the Office of the Chapter 13 Standing Trustee, 1234 Market Street Suite 1813 Philadelphia, PA 19107

March 17, 2017

C:\Users\BTrawick\Desktop\TJohnson341NOTICE.wpd