# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 17-10342-MDC

TERESA C. JOHNSON

7101 Forrest Avenue

Philadelphia, PA 19138

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TERESA C. JOHNSON

    7101 Forrest Avenue

    Philadelphia, PA 19138

Counsel for debtor(s), by electronic notice only.

    BRUCE J TRAWICK, ESQ
    3001 WALNUT ST
    10TH FLOOR
    PHILADELPHIA, PA 19104-

Date: 3/21/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee