# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Teresa C. Johnson<br>    Debtor<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns<br>    Movant<br>  vs.<br><br>Teresa C. Johnson<br>    Debtor<br><br>William C. Miller<br>    Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 17-10342 MDC<br><br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, which was filed with the Court on or about May 8, 2017. (Document No. 20).

            Respectfully submitted,

            **/s/ Thomas I. Puleo, Esquire**
            Thomas I. Puleo, Esquire
            Matteo S. Weiner, Esquire
            Attorneys for Movant
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            215-627-1322

July 11, 2017