IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                    :
                                          :       In Chapter 13
    TERESA C. JOHNSON           :
                                          :       Bankruptcy No. 17-10342 (MDC)
                          Debtor.   :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed First Amended Chapter 13 Plan (Document #28) which was filed on August 8, 2017.

                                      Respectfully submitted,

                                      THE CITY OF PHILADELPHIA

Dated: September 19, 2017     By:   */s/ Pamela Elchert Thurmond*
                                         PAMELA ELCHERT THURMOND
                                         Deputy City Solicitor
                                         PA Attorney I.D. 202504
                                         Attorney for the City of Philadelphia
                                         City of Philadelphia Law Department
                                         Municipal Services Building
                                         1401 JFK Boulevard, 5th Floor
                                         Philadelphia, PA  19102-1595
                                         215-686-0508 (phone)
                                         Email: Pamela.Thurmond@phila.gov