# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-10342-MDC

TERESA C. JOHNSON

7101 FORREST AVENUE

PHILADELPHIA, PA 19138

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TERESA C. JOHNSON

7101 FORREST AVENUE

PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

BRUCE J TRAWICK, ESQ
3001 WALNUT ST
10TH FLOOR
PHILADELPHIA, PA 19104-

/S/ William C. Miller
_____

Date: 9/26/2017

William C. Miller, Esquire
Chapter 13 Standing Trustee